# UNITED STATES DISTRICT COURT
for the
District of Maryland

FILED ___ ENTERED
___ LODGED ___ RECEIVED

NOV 28 2018

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 18-3101-SAG
Haven Corporation and Eagle Creek Fuel Services, LLC )
6624 and 6630 Quad Avenue, Baltimore, MD 21237 )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

See Attachment A

located in the _____ District of ____Maryland____, there is now concealed *(identify the person or describe the property to be seized):*

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 42 U.S.C. § 6928(d)(2)(A) | Violation of the Resource Conservation and Recovery Act |

The application is based on these facts:

☑ Continued on the attached sheet.
☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Zachary Thomas, Special Agent, EPA-CID
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Nov. 13, 2018

*Judge's signature*

City and state: Baltimore, Maryland      Stephanie A. Gallagher, U.S. Magistrate Judge
*Printed name and title*